UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

QUALITY TILE & MARBLE DISTRIBUTORS LLC;

   Debtor.            /

Case No. 19-18401-BKC-CLC

Chapter 7

## TRUSTEE'S NOTICE OF PROPOSED PRIVATE SALE

**Pursuant to Bankruptcy Rule 6004 and Local Rule 6004-1(D), this proposed use, sale or lease will be deemed approved without necessity of a hearing or order if no objection to the use, sale or lease is filed and served within 21 days from the date of service of this notice.**

**YOU ARE HEREBY NOTIFIED** that Jacqueline Calderin, the Chapter 7 Trustee ("Trustee") of the estate of Quality Tile & Marble Distributors LLC (the "Debtor"), pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 2002(a)(1), proposes to sell the estate's interest in three default final judgments:

**BANKRUPTCY SALE DATE:  Monday, April 29, 2024.**

1. The Trustee proposes to sell the estate's interest in the following five default final judgments:

   a. Default Final Judgment in the amount of $54,734.94 against C4B, LLC re Adv. Case 21-01200 [ECF #12 in Adv. Case]; and

   b. Default Final Judgment in the amount of $35,143.94 against Emerald Group Holdings, LLC re Adv. Case 21-01201 [ECF #33 in Adv. Case]; and

   c. Default Final Judgment in the amount of $27,364.94 against Fundzio, LLC re Adv. Case 21-01203 [ECF #11 in Adv. Case]; and

    d. Default Final Judgment in the amount of $15,214.35 against PDH Transport, LLC re Adv. Case 21-01206 [ECF #11 in Adv. Case]; and

    e. Default Final Judgment in the amount of $12,367.79 against Pearl Capital Business Funding, LLC re Adv. Case 21-01207 [ECF #11 in Adv. Case]

(the "Judgments").

2.    Hilton Capital Investments, LLC has agreed to purchase the estate's interest in the Judgments for Eleven Thousand Five Hundred Dollars ($11,500.00) payable no later than April 26, 2024, in the form of a money order or cashier's check made payable to "Jacqueline Calderin, Trustee, for the benefit of the Estate". The payment shall be delivered to the Trustee's mailing address located at 1825 Ponce de Leon Blvd. #358, Coral Gables, FL 33134.

3.    The Trustee asserts that the proposed private sale is a benefit to the estate since it is a reasonable sale price for the Judgments and avoids the costs and risks associated with enforcement and execution.

4.    The Trustee further asserts that no undue hardship or harm will be imposed upon any interested party and/or creditors of this estate if the proposed sale is approved.

5.    This notice has been served upon all parties required to receive notice pursuant to Local Rule 2002-1(I) and Federal Bankruptcy Rule 2002(h).

6.    Any objection to the proposed sale must be filed with the Court, with a copy served upon the Chapter 7 Trustee within twenty-one (21) days from the date of this Notice. If any objection to the proposed sale is timely filed and served, said objection shall be brought on for hearing on an emergency basis at the United States Bankruptcy Court, Southern District of Florida, Miami Division located at C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, Room 150, Miami, Florida 33128.

7. The proposed private sale is subject to higher and better offers to purchase the default judgment. The Trustee reserves the right to accept higher and/or better offers in her business judgment.

8. ALL SALES OF PROPERTY ARE "AS IS, WHERE IS" AND WITHOUT WARRANTIES OF ANY NATURE.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all interested parties as indicated on the attached service list this 5th day of April 2024.

Respectfully submitted by:

*/s/ Jacqueline Calderin*
**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
1825 Ponce de Leon Blvd, #358
Coral Gables, Florida 33134
T 786.369.8440
calderintrustee@gmail.com

| | | |
|---|---|---|
| **Case # 19-18401-AJC**<br>**Master Service List as Per Order**<br>**ECF# 186** | Quality Tile & Marble Distributors LLC<br>8040 NW 33 ST<br>Miami, FL 33122 | MARTAMI INC<br>48 SOUTH PARK ST. SUITE 610<br>MONTLCLAIR NJ 07042 |
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE<br>P.O. BOX 2576<br>SPRINGFIELD IL 62708<br>E: UCCSPREP@CSCINFO.COM | SYNOVUS BANK<br>1148 BROADWAY<br>COLUMBUS GA 31901 | AMERICAN EXPRESS NATIONAL BANK<br>4315 SOUTH 2700 WEST<br>SALT LAKE CITY UT 84184 |
| FIRST CORPORATE SOLUTIONS, AS REPRESENTATIVE<br>914 S STREET<br>SACRAMENTO CA 95811<br>E: SPRS@FICOSO.COM | C T CORPORATION SYSTEM, AS REPRESENTATIVE<br>330 N BRAND BLVD, SUITE 700<br>ATTN: SPRS<br>GLENDALE CA 91203 | SECURED LENDER SOLUTIONS<br>P.O. BOX 2576<br>SPRINGFIELD IL 62708 |
| IRS<br>PO BOX 1300<br>CHARLOTTE, NC 28201-1300 | | |