UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-18401-BKC-CLC
Chapter 7 Adv. Proc. No. 21-01207

QUALITY TILE & MARBLE DISTRIBUTORS, LLC,

    Debtor

JACQUELINE CALDERIN, CH. 7 TRUSTEE

    Plaintiff
vs.

PEARL CAPITAL BUSINESS FUNDING, LLC,

    Defendant
_____/

## GARNISHEE, BANKUNITED, N.A.'S ANSWER TO WRIT OF GARNISHMENT

BANKUNITED, N.A., Garnishee in the above-styled cause, by and through its undersigned counsel, files this Answer of Garnishee and states:

1. At the time of service of said Writ (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ) and at the time of this Answer, and in between said times, excluding any "protected amount" as defined in Title 31, Subtitle B, Chapter II, Subchapter A, Part 212, Code of Federal Regulations, if any, the Garnishee's records reflect the following account(s) which may be subject to this Writ of Garnishment:

| Account Number(s) | Name(s) on Account |
|---|---|
| xxxxxx0353 | Pearl Capital Business Funding LLC Syndication<br>525 Washington Blvd. 3FL<br>Jersey City, NJ 07310 |

CASE NO. 19-18401-BKC-CLC
Chapter 7 Adv. Proc. No. 21-01207

2. Pursuant to provisions of Section 77.06(2), 77.06(3), and 77.19, and subject to Court determination of the proper disposition of proceeds of the above account, set aside the following sum(s):

| Account Number(s) | Amount Set Aside |
|---|---|
| xxxxxxx0353 | $24,735.58 (Double Amount) |

3. Garnishee did not have in its hands, possession or control, any goods, chattels, or effects of Defendant(s) at the time of service of the Writ of Garnishment or at the time of this Answer, or at any time between such dates, and does not know of any other person(s) indebted to Defendant(s) or who may have any of the effects of Defendant(s) in his/her hands.

4. Having filed the Answer of Garnishee in this case, Garnishee hereby demands from Plaintiff the payment of the $100.00 statutory garnishment fee for the part payment of its attorney's fees, in accordance with Florida Statute 77.28, to be made payable to Garnishee's attorney and mailed to the address set forth below.

**DEMAND FOR GARNISHMENT FEE**

Garnishee demands payment from Plaintiff to BankUnited, N.A. in the amount of $100.00 as provided by F.S. Section 77.28, for service of its attorney in and about the preparation of this Answer.

**DESIGNATION OF EMAIL ADDRESS**

Pursuant to Rule 2.516 of the Florida Rules of Judicial Administration and Florida Rule of Civil Procedure 1.080 Counsel for Garnishee hereby designates the following primary email address for service of court documents: Primary email address: gary.carman@gray-robinson.com, anemrow@bankunited.com, Secondary email address: mb-legaldemands@bankunited.com.

CASE NO. 19-18401-BKC-CLC
Chapter 7 Adv. Proc. No. 21-01207

Dated: May 21, 2024                                  Respectfully submitted,

/s/ Gary M. Carman
Gary M. Carman, Esq.
Florida Bar No. 179409
Gary.carman@gray-robinson.com
**GRAY|ROBINSON**
333 SE Second Avenue, Suite 3200
Miami, Florida 33131

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and a true and correct copy of the foregoing was served either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner upon Maurice Bailey, Assignee of Judgment Creditor, 03089697@bellsouth.net, 2095 Hwy 211 NW Suite 2-f-146 Braselton, Georgia 30517.

By: */s/ Gary M. Carman*
     Gary M. Carman